**Order entered February 5, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00934-CR

**CHRISTOPHER JUSTIN SCARBOROUGH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82799-2019**

## ORDER

The record in this appeal was due September 21, 2019. The Court has granted four extensions of time. In the fourth extension order, we ordered the reporter's record filed **by 5:00 p.m. on January 28, 2020** and cautioned court reporter LaToya Young Martinez that we would order she not sit if the reporter's record was not filed by that date. Before the Court is Ms. Young Martinez's fifth request for additional time to file the reporter's record. We **DENY** that motion.

We **ORDER** court reporter LaToya Young Martinez not to sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; LaToya Young-Martinez, court reporter; Collin County Auditor's Office; and counsel for all parties.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE